UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| $47,955.00 IN U.S. CURRENCY, | § | |
| Defendant in rem | § | |

<u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>

United States of America, Plaintiff, files this action for forfeiture against approximately $47,955.00 in United States currency, Defendant in rem, and alleges the following.

*Nature of the Action*

1. This is an action to forfeit property to the United States pursuant to 31 U.S.C. §5317(c)(2).

*Defendant in Rem*

2. Defendant in rem is approximately $47,955.00 in United States currency that was seized from Paranita Gujral on June 25, 2010, at the George Bush Intercontinental Airport in Houston, Texas.

*Jurisdiction and Venue*

3. This Court has jurisdiction under 28 U.S.C. §1355 because this is an action for forfeiture.

4. Venue is proper in this Court under 28 U.S.C. §§ 1355 and 1395(a) and (b) because:

> a. the acts or omissions giving rise to the forfeiture occurred in the Southern District of Texas,
>
> b. the property was found in the Southern District of Texas, and
>
> c. this forfeiture action accrued in the Southern District of Texas.

*Basis for Forfeiture*

5. The Defendant in rem is subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2) which provides that any property involved in violations of 31 U.S.C. §§ 5316 and 5324(c) may be forfeited to the United States.  These statutes state in pertinent part that:

> 1) a person shall file a report when the person knowingly transports, is about to transport, or has transported a monetary instrument of more than $10,000 out of the United States. 31 U.S.C. § 5316(a)(1)(A);
>
> 2) no person shall, for the purpose of evading the reporting requirements of 31 U.S.C. § 5316, fail to file a report required by 31 U.S.C. § 5316.  31 U.S.C. § 5324(c)(1);
>
> 3) no person shall, for the purpose of evading the reporting

requirements of 31 U.S.C. § 5316, file a report required by 31 U.S.C. § 5316 that contains a material omission or misstatement of fact. 31 U.S.C. § 5324(c)(2).

*Facts*

6. On June 25, 2010, Paranita Gujral was about to leave the United States aboard Emirates Airlines flight number 212 to Dubai, United Arab Emirates, en route to India, at the George Bush Intercontinental Airport in Houston, Texas. In the jetway for this flight, a United States Customs and Border Protection Officer (CBP Officer) conducted a Customs outbound inspection. The CBP Officer asked Ms. Gujral if she was transporting more than $10,000 in cash or monetary instruments for herself or others. She stated that she was carrying $21,000. She also confirmed in writing that she was transporting only $21,000.

7. A CBP Officer directed Ms. Gujral to an inspection table to verify the amount of money she was carrying. At the inspection table, a CBP Officer asked Ms. Gurjal to place all of her currency on the table. She pulled out an envelope containing $22,955 and presented that to the CBP Officer. The CBP officer inspected Ms. Gurjal's purse and discovered $25,000 in travelers cheques. Ms. Gurjal told the officer that she was aware of the currency that she was carrying but decided to declare only $21,000. CBP Officers seized these funds for forfeiture.

*Relief Requested*

8. Plaintiff requests an arrest warrant and summons pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, a judgment of forfeiture, and costs and other relief to which the Plaintiff may be entitled.

Dated: August 3, 2010.

> Respectfully submitted,
>
> José Angel Moreno
> United States Attorney
>
> By: /s/ Albert Ratliff
> Albert Ratliff
> Attorney-in-Charge
> NY Bar No. 1073907
> SDTX Bar No. 6764
> Assistant United States Attorney
> United States Attorney's Office
> P. O. Box 61129
> Houston, Texas  77208
> E-mail: albert.ratliff@usdoj.gov
> Office: (713) 567-9579;
> Fax: (713) 718-3300

*Verification*

I, Mike Telfer, Special Agent, United States Immigration and Customs Enforcement, declare under penalty of perjury as provided by 28 U.S.C. §1746 that I have read this Verified Complaint for Forfeiture in Rem, and the facts stated

in this complaint are true and correct to the best of my knowledge and belief.

Executed on August 3, 2010.

_____

Mike Telfer, Special Agent
U. S. Immigration and Customs Enforcement