# SUMMONS AND WARRANT FOR ARREST IN REM

## UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF TEXAS

#### HOUSTON DIVISION
Civil Docket No. 4:10-cv-02741

**To the U. S. Department of Homeland Security or any designated agent:**

**WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by JOSE ANGEL MORENO, United States Attorney for said district, on behalf of the United States of America, against the following described property:

**$47,955.00 in U.S. Currency that was seized from Paranita Gujral on June 25, 2010, at the George Bush Intercontinental Airport in Houston, Texas. Funds are in the custody of the Office of Fines Penalty & Forfeitures, U.S. Customs and Border Protection, under FP&F #2009530900026201.**

and praying that all persons interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

**YOU ARE COMMANDED** to attach the property described above and to detain it in your custody until further order of this Court. The United States shall give notice by publication through the internet at www.forfeiture.gov to all persons who may claim an interest in the property that they must file a verified claim within sixty (60) days from the first day of publication pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days of the filing of a claim. Note the execution below and return this writ to the Court.

| **WITNESS THE HONORABLE** | **UNITED STATES DISTRICT JUDGE AT:** <br><br> HOUSTON, TEXAS |
|---|---|
| **DATE:** | **CLERK:** <br> CLERK OF THE COURT |
|  | **BY DEPUTY CLERK:** |

**RETURNABLE ____ DAY AFTER ISSUE.**

## RETURN

| **DISTRICT:** <br><br><br> Immigration and Customs Enforcement | **DATE THE WRIT WAS RECEIVED AND EXECUTED** <br><br><br> **By SPECIAL AGENT:** |
|---|---|