

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | :<br>:<br>: |
| v. | :CIVIL ACTION NO. 4:10-cv-02741 |
| $47,955.00 IN U.S. CURRENCY<br>    Defendant in rem | :<br>:<br>: |

**CLAIMANTS' CLAIMS TO DEFENDANT IN REM**

In accordance with Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Mr. Bhupinder Singh Gujral, Mrs. Tejinder Gujral, Mr. Gaganjeet Singh Gujral, Ms. Simran Gujral, Mr. Gagandeep Singh Gambhir and Ms. Paranita Gujral, through Counsel, herewith assert claims to the $47,955.00 in U.S. currency that is the Defendant in rem in these proceedings.

Claimants are nationals and citizens of India who brought about $66,000 worth of traveler's checks and U.S. currency with them into the U.S. on a visit to the country on June 7, 2010. On June 25, 2010, U.S. officials seized the Defendant in rem, the remainder of the Claimants' vacation currency, from Claimant Paranita Gujral before she and three other Claimants departed the country. Two other Claimants had previously departed the U.S.

Claimants state that their claim is true and correct and make this claim under penalty of perjury.

Respectfully submitted,

_____
George R. Willy, Esq.
Attorney in charge
Texas Bar Number 21663900
1200 Soldiers Field Drive
Sugar Land, TX 77479
(281) 265-2522
(281) 265-2544 (fax)

## CERTIFICATE OF SERVICE

I, George R. Willy, Esq, hereby certify that on September 14, 2010, I served a true and correct copy of this claim via first class mail to Albert Ratliff, Assistant United States Attorney, P.O. Box 61129, Houston, TX 77208.

September 14, 2010

George R. Willy, Esq.